Louise Hecla, Respondent, v. Leo B. Simonson and Another, Doing Business under the Name of A. Simonson, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., and Scott, J., dissented.

Benjamin D. Gibbs, Respondent, v. Arras Brothers, Inc., Appellant.— Determination affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Matilda McCullough, Appellant, v. Louis G. Fisher, as Executor, etc., Respondent. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John C. Johnston, Respondent, v. Universal Motor Truck Company, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The City of New York, Respondent, v. Jacob Levy, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William F. Schultz, Appellant, v. William G. McCrea and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Clarke and Hotchkiss, JJ., dissented.

The People of the State of New York, Respondent, v. Charles F. Droste, Jr., Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Maurice Lobsitz, Appellant, v. E. Lissberger Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to resettle order granted, with ten dollars costs, on the authority of *Bacharach* v. *American Union Realty Co.* (163 App. Div. 940). Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Andrew McMahon, Respondent, v. Art Color Printing Company, Appellant — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The City of New York, Respondent, v. Brooklyn and Manhattan Ferry Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Henry S. Bunner, Respondent, v. Consolidated Rubber Tire Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles S. Reed, Appellant, v. Belnord Realty Company, Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Hotchkiss, J., dissented.

The People of the State of New York, Respondent, v. Lazar Bresler, Appellant. (No. 1.) — Judgment affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Scott and Hotchkiss, JJ., dissented.